585 A.2d 397

STATE OF NEW JERSEY v. LAWRENCE L. SIMMONS.

October 16, 1990.

Petition for certification denied.

585 A.2d 397

STATE OF NEW JERSEY v. JAMES KOEDATICH.

October 16, 1990.

Petition for certification denied.

585 A.2d 397

STATE OF NEW JERSEY v. JAMES E. BRAXTON.

October 16, 1990.

Petition for certification denied.

585 A.2d 397

STATE OF NEW JERSEY v. FRANK HUBBARD.

October 16, 1990.

Petition for certification denied.

585 A.2d 398

STATE OF NEW JERSEY v. CHARLES IVORY, JR.

October 16, 1990.

Petition for certification granted.